HORGAN, Respondent, v. SCHULTHEI FT. GEORGE CASINO, Appellant. (City Cou of New York, General Term. December 2 1899.) Action by William G. Horgan again the Schultheis Ft. George Casino. From a jud ment for plaintiff, defendant appeals. Affirme Lewis & Stoddard, for appellant. Charles V Dayton, for respondent.

PER CURIAM. The rental value of the tod rented to defendant by plaintiff was a questi of fact for the jury. The verdict in plainti

favor for $200 was not excessive. The evidence submitted by plaintiff amply sustains this conclusion. No substantial evidence was offered by defendant respecting such rental value, or disputing plaintiff's estimate of the same. The verdict of the jury, in view of this fact, was certainly just and reasonable; they having awarded plaintiff only $200, when his claim was for over $500. No error was committed, and the judgment must be affirmed, with costs.

